# The Ohio Law Abstract

Copyright 1923, by The Law Abstract Co.
Entered as second class matter, February 28, 1923, at
the Post Office, Cleveland Ohio, under the
Act of March 3, 1879.

CHIEF EDITOR    -    -    -    - W. J. TOSSELL
President            -    - J. F. Laning
Vice Pres. & Circulation Mgr. - Sam H. Torrey
Secretary and Treasurer    - S. R. Laning

Issued Every Wednesday
50 Weeks of the Year.

Subscriptions may be made to begin at No. 27 or
any subsequent number.

### SUBSCRIPTION PRICES and TERMS

Per year (50 issues)............................$15.00
Single Numbers .................................... .50
No. 36 (First Semi-Annual Digest Number) sep-
arately ........................................ 2.50
No. 50 (Second Semi-Annual Digest Number) sep-
arately ........................................ 2.50
Address all communications to:

The Law Abstract Co., 1719 Lakefront Ave.

Address Mail to Box 77
Cleveland, O.

## NO CHRISTMAS WEEK ABSTRACT

It is proper to observe that this is the forty-eighth out of fifty which will constitute the 1923 issues, and moreover, but two more numbers, Nos. 49 and 50, are needed to complete the year, and these will appear December 12 and 19. Thus the year will be completed without the necessity of a Christmas week issue. No. 1, for 1924, will appear January 2, and, as in 1923, there will be no Abstract the week of July 4 and that of Christmas.

## SECOND SEMI-ANNUAL CURRENT CASE LAW DIGEST

This publication is to make its appearance as No. 1 of 1924, on January 2. It will cover the cases published in the Ohio Law Abstract, the six months from July 1 to Dec. 21, 1923, and be a very valuable number of The Abstract, giving reference, as it will to some 500 cases that will not have been published or digested elsewsere. All our subscribers get it, without extra charge.

The Supreme Court opinion in this Abstract are mostly in cases decided, not recently, as their dates show, but have not appeared in the Advance Sheets of official volumes. Many of them may not receive early publicity. We publish them so that we can insert them in our current Digests, and thus make them accessible to the Bench and Bar.

## SUPREME COURT PROCEEDINGS

### GENERAL DOCKET

Tuesday, November 27, 1923

17919—Frank E. Hamilton v. Board of County Commissioners of Hardin County et al; error to the Court of Appeals of Hardin county. Judgment affirmed. Marshall, C. J., Wanamaker, Jones, Matthias, Day and Allen, JJ., concur.

18125—David B. Carpenter v. Ruth Smith et al; error to the Court of Appeals of Cuyahoga county. Petition in error dismissed on ground no constitutional question involved. Marshall, C. J., Wanamaker, Robinson, Jones, Mat'hias, Day and Allen, JJ., concur.

### MOTION DOCKET

18015—State of Ohio v. Lafayette Sanborn. tion for leave to file petition in error to the Court of Appeals of Cuyahoga county. Overruled.

18061—James Nickler v. Benjamin Nickler. Motion for an order directing the Court of Appeals of Crawford county to certify its record. Overruled.

18118—Charles F. Baldauf v. Tmelia E. Davidson. Motion for an order directing the Court of Appeals of Marion county to certify its record. Overruled.

18124—Lucy P. Cramer v. Mrs. Royer S. Morris. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Overruled.

18126—Sylvia Johnson et al v. Barbara Ramsey et al. Motion for an order directing the Court of Appeals of Gallia county to certify its record. Overruled.

18137—Harry N. Oberlander v. A. E. Myers. Motion for an order directing the Court of Appeals of Crawford county to certify its record. Overruled.

18138—The Hatfield & Penfield Steel Co. v. H. N Oberlander. Motion for an order directing the Court of Appeals of Crawford county to certify its record. Sustained.

18144—Edward J. Knappenberger v. Irvin S Brinkman. Motion for an order directing the Court of Appeals of Crawford county to certify its record Overruled.

18162—James C. Davis, Agent appointed by the President, v. Horace B. Vance. Motion for an order directing the Court of Appeals of Gallia county to certify its record. Sustained.

18163—The Buckeye Union Mutual Insurance Co v. N. Rousseff. Motion for an order directing the Court of Appeals of Crawford county to certify its record. Overruled.

18206—John W. Waymire v. The Board of Education of the Rural School District of Randolph Township, Montgomery County. Motion for an order directing the Court of Appeals of Montgomery county to certify its record. Settled and dismissed by consent of parties.